Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, CA 94111
Telephone:  415.732.3777
Facsimile:  415.732.3791

Attorneys for Plaintiff JANNA LISSANDRA GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JANNA LISSANDRA GONZALEZ, Plaintiff, v. INTEGRATED PROJECT MANAGEMENT, INC.; and DOES 1-20, Defendant. | Case No. CV 13 1852 JCS<br><br>**PLAINTIFF JANNA LISSANDRA GONZALEZ'S REQUEST FOR DISMISSAL OF ACTION** |
|---|---|

   The parties to the captioned-action have executed a Settlement Agreement that was fully performed by the parties.  Plaintiff JANNA LISSANDRA GONZALEZ therefore requests that this action be dismissed with prejudice.

DATED: June 14, 2013                                       PERETZ & ASSOCIATES


                                                                              By: */s/ Yosef Peretz*
                                                                                   YOSEF PERETZ
                                                                                   Attorneys for Plaintiff
                                                                                   JANNA LISSANDRA GONZALEZ